United States Courts
Southern District of Texas
FILED

December 01, 2020

David J. Bradley, Clerk of Court

Sealed
Public and unofficial staff access to this instrument are prohibited by court order

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA § § | CR. NO 4:20-CR- |
| vs. § § | |
| JOSUE DANIEL CASCO and § § | 4:20-cr-636 |
| DANTE NAVA § | |

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

### COUNT ONE
(Conspiracy to Possess with the Intent to Distribute a Controlled Substance)

On or about October 8, 2020, in the Southern District of Texas, and elsewhere,

**JOSUE DANIEL CASCO, and**
**DANTE NAVA,**

defendants herein, did unlawfully, knowingly, and intentionally, combine, conspire, confederate, and agree with each other and with others, known and unknown to the Grand Jury, to possess with the intent to distribute a controlled substance, to wit: 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(A)(viii).

### NOTICE OF CRIMINAL FORFEITURE
21 U.S.C. § 853

Pursuant to Title 21, United States Code, Section 853, the United States gives notice to the defendants,

**JOSUE DANIEL CASCO, and**
**DANTE NAVA,**

that upon conviction of an offense in violation of Title 21, United States Code, Sections 841 or 846, the following is subject to forfeiture:

(1) all property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense; and

(2) all property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offense.

## PROPERTY SUBJECT TO FORFEITURE

The property subject to forfeiture includes, but is not limited to, the following property:

1. Glock model 30, bearing serial number SCH-099.

2. Glock model 30 SF, bearing serial number YKH-400.

3. Palmetto State Armory model PA-15, bearing serial number SCD053546.

4. Thirty-four (34) rounds of .45 ACP ammunition.

5. Twenty-eight (28) rounds of .223 Remington ammunition.

**A TRUE BILL**
Original Signature on file

**FOREPERSON OF THE GRAND JURY**

**RYAN K. PATRICK**
**UNITED STATES ATTORNEY**
**SOUTHERN DISTRICT OF TEXAS**

By: *Edward F. Gallagher*
EDWARD F. GALLAGHER
Assistant United States Attorney